IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| PHILLIP D. PARKS | Violation: 18 U.S.C. § 1951 |

**Hobbs Act Robbery**

The Grand Jury Charges:

On or about January 3, 2026, in the District of North Dakota,

PHILLIP D. PARKS

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, and attempt to unlawfully take and obtain personal property, consisting of United States currency from the person of and in the presence of an employee of Popeyes Louisiana Kitchen, located at 4510 19th Avenue South, Fargo, North Dakota, a business entity engaged in interstate commerce, against its employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person;

In violation of Title 18, United States Code, Section 1951.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney