IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>PHILLIP D. PARKS<br><br>        Defendant. | Case No. 3:26-cr-15<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Phillip D. Parks
Detained at (custodian) Cass County Jail, 450 34th St. S., Fargo, ND 58103
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on Tuesday, March 10, 2026 at 9:30 am, for the purpose of Initial appearance/arraignment.

Attorney Signature:                       /s/  Richard M. Lee_____
Printed Name and Telephone Number:   RICHARD M. LEE, 701-297-7400
Dated: March 4, 2026                   Attorney of Record for the United States

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: 3/4/2026            */s/ Alice R. Senechal*_____
                           Magistrate Judge Alice R. Senechal
                           United States District Court

☐   Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____  By: _____  _____
Date Executed         Printed Name                Signature