## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cr-15 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Phillip D. Parks, | ) | |
| | ) | |
| Defendant. | ) | |

Phillip D. Parks is currently in the custody of the United States Marshals Service (USMS). The court orders that Parks comply with the USMS's booking process, to include allowing the USMS to obtain his fingerprints, photographs, DNA, and updated biographical information.

**IT IS SO ORDERED**.

Dated this 10th day of March, 2026.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge