## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cr-15 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Phillip D. Parks, | ) | |
| | ) | |
| Defendant. | ) | |

Phillip D. Parks is currently in the custody of the United States Marshals Service (USMS). At the request of the USMS, the court orders that Parks comply with testing for tuberculosis infection (TB), either by submitting to a TB skin test, also known as a Mantoux test, or by a undergoing a chest X-ray.

**IT IS SO ORDERED**.

Dated this 26th day of March, 2026.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge