**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

**Criminal No. 3:26-cr-15**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Phillip D. Parks,**<br><br>Defendant. | **Response to Government's Motion to Continue** |

On September 21, 2026, the government moved to continue Phillip Park's trial.[1] Mr. Parks does not object to the motion so that defense counsel can familiarize themselves with discovery and posture of the case.

Date: September 22, 2026

Respectfully submitted,

Jeffrey P. Sprout (ND #08770)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
jeff@ringstromdekrey.com

[1] Doc. 52.